# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1890

_____

United States of America,                          *
                                                   *
                    Appellee,                       *
                                                   *    Appeal from the United States
          v.                                        *    District Court for the
                                                   *    Eastern District of Missouri.
Troy Brown, III,                                   *
                                                   *    [UNPUBLISHED]
                    Appellant.                      *

_____

Submitted: February 2, 2006
     Filed: February 8, 2006

_____

Before ARNOLD, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

     Troy Brown, III pleaded guilty to using a communication facility to facilitate the possession of cocaine with intent to distribute, in violation of 21 U.S.C. § 843(b). The district court[1] sentenced him to 48 months in prison and a year of supervised release. On appeal, Brown's counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967).

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

Having reviewed the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we conclude that there are no nonfrivolous issues for appeal. Brown entered a valid guilty plea that forecloses non-jurisdictional attacks on his conviction, <u>see</u> <u>United States v. Beck</u>, 250 F.3d 1163, 1166 (8th Cir. 2001), and his plea agreement contains a valid appeal waiver that forecloses attacks on his sentence, <u>see</u> <u>United States v. Andis</u>, 333 F.3d 886, 889-90 (8th Cir.) (en banc), <u>cert. denied</u>, 540 U.S. 997 (2003). Accordingly, we enforce the appeal waiver and dismiss this appeal. Counsel's motions to supplement the record and to withdraw are granted.

_____